UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61511-CIV-RUIZ/STRAUSS

MICHAEL VAN ZUIDAM,

      Plaintiff,

vs.

ANDREW M. SAUL,
Commissioner of Social Security Administration,

      Defendant.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** has come before the Court *sua sponte* on review of the docket and has been referred to the undersigned for appropriate disposition of all pre-trial matters.  (DE 2).  Plaintiff filed a complaint on July 24, 2020, pertaining to denial of a claim for disability benefits under Title II and Title XVI of the Social Security Act.  (DE 1 at 9).  Federal Rule of Civil Procedure 4(i) details the service-of-process requirements for actions against a federal agency, such as the Social Security Administration.  In particular, Rule 4(i) requires Plaintiff to serve a copy of the summons and complaint upon: (1) the United States Attorney for the judicial district in which the action is being brought (here the Southern District of Florida) or his designated employee; (2) the United States Attorney General at his or her office; and (3) the Office of General Counsel that is responsible for the processing and handling of litigation in the particular court jurisdiction in which the beneficiary filed the complaint.  Fed. R. Civ. P. 4(i)(1) and (2).  *See* Social Security Program Operations Manual System ("POMS"), GN 03106.020, Service of Process, http://policy.ssa.gov/poms.nsf/lnx/0203106020.  Plaintiff is responsible for properly serving the summons and the complaint within 90 days.  Fed. R. Civ. P. 4(c)(1) and 4(m).  Unless service is

waived, Plaintiff is additionally responsible for providing proof of service to the Court.  Fed. R. Civ. P. 4(l)(1).

Here, Plaintiff has failed to establish proof of service for the reasons stated herein.  Plaintiff filed summonses on July 27, 2020 that were issued to:  1) U.S. Attorney's Office, Southern District of Florida, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394; 2) Office of the Regional Chief Counsel, Region IV, 61 Forsythe Street SW, Suite 20545, Atlanta, FA 300303-8910; and 3) United States Attorney General, Constitution Avenue & 10th Street, NW, Washington, DC 20530. (DE 3).  On August 19, 2020, Plaintiff filed Affidavits for Summons Returned Executed.  (DE 4; DE 5; DE 6).  The affidavits are executed by a paralegal of a law firm in New York affirming the service of the summons and complaint "by depositing same in a First Class, certified, return receipt, postage paid, properly address [sic] envelope under the exclusive care and custody of the United States Postal Services within New York State."  (DE 4 at 1; DE 5 at 1; DE 6 at 1). Accompanying each filing is a document on the letterhead of the United States Postal Service ("USPS").  Some of these USPS documents are deficient as to proof of service.  Each is described and shown below in turn.

The first USPS document reflected below purports to provide proof of service to the U.S. Attorney's Office in Fort Lauderdale, FL ("U.S. Attorney's Office").  (DE 4 at 1-2).  The document's status is reported as "Delivered, Left with Individual" on August 19, 2020 at 11:57 am.  *Id.* at 2.  The Recipient Name is listed as "Civil Process Clerk U S Attorney s Office Sout." *Id.*  The Address of Recipient is listed as 500 E. Broward Blvd., which is the street address to the U.S. Attorney's office in Fort Lauderdale.  *Id.*  The Signature of Recipient shows twice, in handwriting, as "Covid 19."  This latter characteristic makes the proof of service insufficient.  The form clearly intends to collect a signature in order to establish responsibility for accepting service on behalf of the U.S. Attorney's Office and to demonstrate that service was accomplished.  A

signature of "Covid 19," however, does not establish such responsibility nor does it demonstrate successful service on the U.S. Attorney's Office.  Therefore, I find the USPS document deficient with respect to evidencing proof of service.  Accordingly, I find that Plaintiff has not demonstrated perfected service on the U.S. Attorney's Office.

**UNITED STATES POSTAL SERVICE**

August 19, 2020

Dear j h:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9314 8699 0430 0073 8664 84**.

**Item Details**

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 19, 2020, 11:57 am |
| **Location:** | FORT LAUDERDALE, FL 33301 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Civil Process Clerk  U S  Attorney s Office Sout |

**Shipment Details**

| | |
|---|---|
| **Weight:** | 1.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | Covid 19  Covid 19 |
| Address of Recipient: | 500 E Broward Blvd |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Unlike the first USPS document, the second USPS document appears adequate to support proof of service with respect to the Office of the Regional Chief Counsel Region IV.  (DE 5 at 1-2).  The document's status is reported as "Delivered, Left with Individual" on August 11, 2020

at 2:34 pm. *Id*. at 2. The Recipient Name is listed as "Office of the Regional Chief Counsel Region IV." *Id.* The Address of Recipient is difficult to read but appears to list 61 Forsyth St., SSA which is a reference to the street address to the Office of the Regional Counsel, Region IV, Social Security Administration. *Id. See Everett v. Comm'r of Soc. Sec.*, No. 8:20-CV-1242-T-33JSS, 2020 WL 5701766, at *1 (M.D. Fla. Sept. 24, 2020) (directing plaintiff to address the summons to: Commissioner of Social Security, c/o Office of the Regional Chief Counsel, Region IV, Social Security Administration, Atlanta Federal Center, 61 Forsyth Street S.W., Suite 20T45, Atlanta, GA 30303-8920). Further, the signature of Niarchos Wright appears on the USPS document as the Signature of Recipient. Accordingly, I find that Plaintiff has perfected service on the Office of the Regional Chief Counsel, Region IV, Social Security Administration.



August 19, 2020

Dear j h:

The following is in response to your request for proof of delivery on your item with the tracking number: **9314 8699 0430 0073 8665 07**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 11, 2020, 2:34 pm |
| **Location:** | ATLANTA, GA 30303 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Office of the Regional Chief Counsel Region IV |

| Shipment Details | |
|---|---|
| **Weight:** | 1.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | Signature X *Niarchos Wai'a* Printed Name *Niarchos Wright* |
| Address of Recipient: | Delivery Address *61 hoes 15 551* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

   The third USPS document reflected below fails to provide proof of service to the U.S. Attorney General in Washington, DC ("Attorney General") for the following reasons.  (DE 6 at 1-2).  The document's status is reported as "Delivered" on August 3, 2020 at 4:52 am. *Id.* at 2. The Recipient Name is listed as "United States Attorney General." *Id.*  The Address of Recipient is illegible. *Id.*  The Signature of Recipient is likewise illegible.  The illegibility of the address and signature, combined with the generic Recipient Name as "United States Attorney General" and the unusual delivery time at 4:52 am, causes the USPS document to fail to provide adequate proof of service.  Similar to the first USPS document, this third USPS document does not establish

responsibility for acceptance of service on behalf of the Attorney General nor does it demonstrate successful service on the Attorney General. Therefore, because the third USPS document is inadequate as far as proof of service, I find that Plaintiff has not shown perfected service on the Attorney General.

**UNITED STATES**
**POSTAL SERVICE**

August 19, 2020

Dear j h:

The following is in response to your request for proof of delivery on your item with the tracking number: **9314 8699 0430 0073 5602 14**.

**Item Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | August 3, 2020, 4:52 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | United States Attorney General |

**Shipment Details**

| | |
|---|---|
| **Weight:** | 1.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Plaintiff has only shown perfected service on the Commissioner of Social Security with respect to the Office of the Regional Chief Counsel, Region IV, Social Security Administration. Plaintiff's proof as to the other required entities is insufficient. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff shall show cause by no later than November 24, 2020, as to why he has not filed adequate proof of service that is compliant with Fed. R. Civ. P. 4(i). If Plaintiff perfects service in accordance with the rule and files adequate proof of that service, then Plaintiff may file a notice of compliance in response to the Order to Show Cause. Failure to perfect service in accordance with the Federal Rules of Civil Procedure and failure to file evidence that service was perfected may result in a recommendation to the District Court that the case be dismissed without prejudice for failure to prosecute.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23nd day of October 2020.

Jared M. Strauss
**United States Magistrate Judge**

Copies furnished counsel via CM/ECF

7